# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. BAKER,<br><br>                        Petitioner,<br>   v.<br><br>TINA HORNBEAK, Warden,<br><br>                       Respondent. | CASE NO. 09cv1025 BTM(AJB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING PETITION, AND DENYING CERTIFICATE OF APPEALABILITY** |

Pamela J. Baker has filed a Petition for a Writ of Habeas Corpus challenging her state conviction and sentence. On November 18, 2009, Magistrate Judge Battaglia filed a Report and Recommendation that the Petition be dismissed because it was filed after the expiration of the one-year statute of limitations and it contains unexhausted claims. Baker did not file any objections to the Report and Recommendation but did file a motion on December 7, 2009, seeking to stay the Petition so she could exhaust her claims.

The Court has conducted a de novo review of the Report and Recommendation and the relevant record and concludes that the Report and Recommendation properly applies the law to the record. Therefore, the Court **ADOPTS** the Report and Recommendation in so far as it recommends dismissal based on the statute of limitations. The Court **ORDERS** as follows:

(1) The Petition for Writ of Habeas Corpus shall be **DISMISSED** with prejudice as filed beyond the one-year statute of limitations in 28 U.S.C. § 2244(d);

1     (2) The motion for a stay captioned as "Motion Requesting a Protective Petition" [Doc. No. 18] is **DENIED** as moot;

    (3) The Court **DENIES** a Certificate of Appealability.

    The Clerk shall enter a final judgment accordingly.

**IT IS SO ORDERED.**

DATED: January 27, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge